UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22396-CIV-MORENO

U.S. COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

JOERG HEIERLE, an individual; and INH-
INTERHOLDING SA, a Swiss corporation,

    Defendants, and

FUTURES TRADING ACADEMY, INC., a
Florida Corporation,

    Relief Defendant.
_____/



## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Default **(D.E. No. 31)**, filed on **July 22, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff U.S. COMMODITY FUTURES TRADING COMMISSION and against Defendants JOERG HEIERLE and INH-INTERHOLDING SA, and Relief Defendant FUTURES TRADING ACADEMY, INC. It is further

**ADJUDGED** that Plaintiff shall file an Affidavit with the Court as to the amount due from each Defendant by no later than **August 6, 2008**. This case is now CLOSED and all pending motions

are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record